# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, et al., | 3:17-CV-0287-LRH (VPC) |
| Plaintiffs, | **MINUTES OF THE COURT** |
| vs. | September 13, 2017 |
| HIGHLAND RANCH HOMEOWNERS ASSOCIATION, et al., | |
| Defendants. | |

PRESENT:     THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Attorney for defendant Airmotive Investments, LLC, Roger Croteau, Esq.'s, motion for leave to appear telephonically at the case management conference (ECF No. 18) is **DENIED without prejudice**. The motion is premature because the case management report has yet to be filed. Counsel has leave to refile the motion after the case management report has been filed.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
Deputy Clerk