ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**AIRMOTIVE INVESTMENTS, LLC**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC and FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government sponsored enterprise,<br><br>                    Plaintiff,<br><br>vs.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; and AIRMOTIVE INVESTMENTS, LLC,<br><br>                    Defendants. | Case No. 3:17-cv-00287-LRH-VPC |

## MOTION FOR LEAVE TO APPEAR TELEPHONICALLY
## FOR CASE MANAGEMENT CONFERENCE

COMES NOW, Defendant, AIRMOTIVE INVESTMENTS, LLC, by and through its attorneys, ROGER P. CROTEAU & ASSOCIATES, LTD., and hereby presents its Motion for Leave to Appear Telephonically for the Case Management Conference that is scheduled to take place on October 3, 2017, at 9:30 a.m. This Motion is made and based upon the attached memorandum of points and authorities, all pleadings, papers and documents on file herein, and
//

6245 Choctaw

any oral argument that the Court may entertain at the hearing of this matter.

DATED this ___20th___ day of September, 2017.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
*Attorney for Defendant*
**AIRMOTIVE INVESTMENTS, LLC**

## MEMORANDUM OF POINTS AND AUTHORITIES

### STATEMENT OF FACTS

On September 12, 2017, this Court issued a Minute Order [ECF #17] scheduling a Case Management Conference in this matter to take place on October 3, 2017, at 9:30 a.m. The Minute Order further directs that the parties shall jointly file a Case Management Report no later than the close of business on September 22, 2017. Finally, the Minute Order directs that counsel shall appear in person in Reno unless leave to appear telephonically is obtained prior to the conference.

As the Court is aware, Defendant's counsel's office is located in Las Vegas. Counsel is aware of the fact that this Court has been frustrated on occasion by tardiness on the part of Las Vegas counsel with regard to these matters. To the best of Defendant's counsel's knowledge, it has not been an offender in this regard. As a result, Defendant's counsel respectfully moves the Court for leave to appear at the subject Case Management Conference telephonically.

//
//
//
//

6245 Choctaw

## LEGAL ARGUMENT

1. **GOOD CAUSE EXISTS TO ALLOW DEFENDANT'S COUNSEL TO PARTICIPATE TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**

As set forth in the Minute Order, it is the responsibility of the Plaintiff to initiate and prepare the Joint Case Management Report, and the responsibility of the Defendants to assist in preparation of the report. [ECF #17]. The parties submitted a Case Management Report and Proposed Discovery Plan on September 19, 2017. [ECF #20, 21]. Defendant's counsel has calendared the conference and, if granted leave to do so, will timely contact the Court telephonically in advance of the conference as it may be instructed to do.

Having participated in many Case Management Conferences with this Court, counsel is aware of the fact that the conference itself is generally brief. This Court is well aware of the costs that would be incurred by the Defendant if its counsel is required to travel to Reno to attend the Case Management Conference in person. While Defendant's counsel is aware that the Court has experienced tardiness and abuse of the privilege of appearing telephonically in the past, Defendant's counsel does not believe itself to be an offender in this regard. As a result, Defendant respectfully suggests that good cause exists to allow its counsel to appear telephonically at the time of the Case Management Conference.

//
//
//
//
//
//
//
//
//
//

6245 Choctaw

## CONCLUSION

Based upon the foregoing, Defendant's counsel respectfully requests leave of Court to appear telephonically at the time of the Case Management Conference that is scheduled to take place herein on October 3, 2017, at 9:30 a.m.

DATED this ___20th___ day of September, 2017.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
*Attorney for Defendant*
**AIRMOTIVE INVESTMENTS, LLC**

IT IS SO ORDERED.

By: _____
United States Magistrate Judge
Valerie P. Cooke

Dated: _____

6245 Choctaw

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___20th___ day of September, 2017, I served via the United States District Court CM/ECF electronic filing system, the foregoing **MOTION FOR LEAVE TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE** to the following parties:

| | |
|---|---|
| Rex Garner<br>Akerman LLP<br>1160 Town Center Drive, Ste. 330<br>Las Vegas, NV 89144<br>rex.garner@akerman.com<br>*Attorney for Plaintiffs*<br>*Nationstar Mortgage LLC and*<br>*Federal National Mortgage*<br>*Association* | Karen M. Ayarbe<br>Kern & Associates, Ltd.<br>5421 Kietzke Lane, Suite 200<br>Reno, NV 89511<br>775-324-5930<br>775-324-6173 (fax)<br>karenayarbe@kernltd.com<br>*Attorney for Defendant*<br>*Highland Ranch Homeowners Association* |
| Melanie D Morgan<br>Akerman LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>(702)634-5005<br>(702) 380-8572 (fax)<br>melanie.morgan@akerman.com<br>*Attorney for Plaintiffs*<br>*Nationstar Mortgage LLC and*<br>*Federal National Mortgage*<br>*Association* | Gayle A. Kern<br>Kern & Associates, Ltd.<br>5421 Kietzke Lane, Ste. 200<br>Reno, NV 89511<br>775-324-5930<br>775-324-6173 (fax)<br>gakltd@kernltd.com<br>*Attorney for Defendant*<br>*Highland Ranch Homeowners Association* |

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.