MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Nationstar Mortgage LLC and Federal National Mortgage Association*



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 28 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, and FEDERAL NATIONAL MORTGAGE ASSOCIATION, a government sponsored enterprise,<br><br>Plaintiffs,<br><br>vs.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; and AIRMOTIVE INVESTMENTS, LLC,<br><br>Defendants. | Case No.: 3:17-cv-00287-LRH-VPC<br><br>ORDER<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE** |

Plaintiffs, Nationstar Mortgage LLC (**Nationstar**), and Federal National Mortgage Association (**Fannie Mae**) (collectively **Plaintiffs**), by and through its attorneys Akerman, LLP, request leave to appear telephonically for the case management conference that is scheduled to take place on October 3, 2017, at 9:30 a.m. This motion is made and based upon the attached memorandum of points and authorities, all pleadings, papers and documents on file herein, and any oral argument that the Court may entertain at the hearing of this matter.

1

42935050;1

## MEMORANDUM OF POINTS AND AUTHORITIES
## STATEMENT OF FACTS

On September 12, 2017, the Court issued a minute order [ECF No. 17] scheduling a case management conference in this matter to take place on October 3, 2017, at 9:30 a.m. The minute order further directs that counsel shall appear in person in Reno unless leave to appear telephonically is obtained prior to the conference.

Because Plaintiffs' counsel's office is located in Las Vegas, Plaintiffs' counsel requests leave to appear telephonically at the subject case management conference.

## GOOD CAUSE EXISTS TO ALLOW PLAINTIFFS' COUNSEL TO PARTICIPATE TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE

The parties filed the case management report and discovery scheduling order on September 19, 2017. ECF Nos. 20 and 21.

Having participated in many case management conferences with this Court, counsel is aware that the conference itself is generally brief. The Court is well aware of the costs that would be incurred by Plaintiffs and other parties to this case if their respective counsel is required to travel to Reno to attend the case management conference in person. Plaintiffs respectfully suggests that good cause exists to allow its counsel to appear telephonically at the time of the case management conference.

///

42935050.1

## CONCLUSION

Based upon the foregoing, Plaintiffs' counsel respectfully requests leave to appear telephonically at the time of the case management conference that is scheduled to take place here on October 3, 2017, at 9:30 a.m. Counsel further requests that the court provide instructions for doing so

DATED this 25th day of September, 2017.

AKERMAN LLP

/s/ Rex D. Garner
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Nationstar Mortgage LLC and Federal National Mortgage Association*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 28, 2017

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of September, 2017 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **PLAINTIFFS' MOTION FOR LEAVE TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE**, addressed to:

| | |
|---|---|
| Gayle A. Kern, Esq.<br>Karen M. Ayarbe, Esq.<br>**Kern & Associates, Ltd.**<br>5421 Kietzke Ln., Ste. 200<br>Reno, Nevada 89511<br>*Attorneys for Highland Ranch Homeowners Association* | Roger P. Croteau, Esq.<br>Timothy E. Rhoda, Esq.<br>**Roger P. Croteau & Associates, Ltd.**<br>9120 W. Post Rd., Ste. 100<br>Las Vegas, Nevada 89148<br>*Attorneys for Airmotive Investments, LLC* |

/s/ Doug J. Layne
An employee of AKERMAN LLP