**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>HIGHLAND RANCH HOMEOWNERS ASSOCIATION; and AIRMOTIVE INVESTMENTS, LLC,<br><br>Defendants. | Case No.: 3:17-cv-00287-LRH-CLB<br><br>**STIPULATION OF DISMISSAL**<br><br>**AND ORDER THEREON** |

///

///

///

///

///

///

///

Plaintiffs Nationstar Mortgage LLC and Federal National Mortgage Association and defendants Highland Ranch Homeowners Association and Airmotive Investments, LLC stipulate to dismiss all claims in this action with prejudice, each party to bear its own attorneys' fees and costs.

DATED: April 10, 2020.

| | |
|---|---|
| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON SONG** |
| */s/ Jamie K. Combs* | */s/ Karen M. Ayarbe* |
| MELANIE D. MORGAN, ESQ. | GAYLE A. KERN, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 1620 |
| JAMIE K. COMBS, ESQ. | KAREN M. AYARBE, ESQ. |
| Nevada Bar No. 13088 | Nevada Bar No. 3358 |
| 1635 Village Center Circle, Suite 200 | 5421 Kietzke Lane, Suite 200 |
| Las Vegas, Nevada 89134 | Reno, Nevada 89511 |
| *Attorneys for Plaintiffs Nationstar Mortgage LLC and Federal National Mortgage Association* | *Attorneys for Defendant Highland Ranch Homeowners Association* |

**ROGER P. CROTEAU & ASSOCIATES, LTD.**

*/s/ Timothy E. Rhoda*
ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148

*Attorneys for Defendant Airmotive Investments, LLC*

**IT IS SO ORDERED.**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED this 21st day of May, 2020.

2